

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2021

No. 04-21-00219-CV

Emily **YOUNG** and Albert Morrison,
Appellants

v.

Eldon **ROALSON**, Roalson Interests, Inc.; Douglas Miller II; and Jim Guy Egbert,
Appellees

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 17-09-24412-CV
Honorable Daniel J. Kindred, Judge Presiding

## O R D E R

The clerk's record was originally due July 19, 2021 but was not filed. On July 19, 2021, the district clerk filed a notification of late record, stating the clerk's record was not filed because appellants had failed to pay or make arrangements to pay the clerk's fee for preparing the record and were not entitled to appeal without paying the fee. On July 20, 2021, we ordered appellants to provide written proof by July 30, 2021 that either: (1) they had paid or made arrangements to pay the clerk's fee; or (2) they are entitled to appeal without paying the clerk's fee. We cautioned appellants that if they did not respond within the time provided, we would dismiss this appeal for want of prosecution. TEX. R. APP. P. 37.3(b).

Appellants did not respond to our order within the time provided. On August 5, 2021, appellants sent this court a courtesy copy of an August 5, 2021 letter to the district clerk requesting a page count and payment instructions for the preparation of the clerk's record. On August 6, 2021, appellants filed a "Request for Additional Time" stating they had not paid the clerk's fee because the parties had been engaged in settlement negotiations. Appellants' request explained that their counsel had spoken to the district clerk's office and stated that "payment will be made immediately" upon their receipt of the district clerk's response to their request for a page count. Appellants requested "until August 13, 2021 or a different date that this Court deems appropriate" to pay the district clerk's fee.

After consideration, we **GRANT** appellants' request and **ORDER** them to provide written proof by August 13, 2021 that either: (1) they have paid or made arrangements to pay the clerk's fee; or (2) they are entitled to appeal without paying the clerk's fee. **No further extensions of this deadline will be granted**. We again caution appellants that if they do not

respond within the time provided, we will dismiss this appeal for want of prosecution. *See id.*; *Id.* R. 42.3(b), (c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court